SHELLEY B. HUTCHINSON, Appellant, *v.* KATE M. SPERRY et al., as Executors of THOMAS A. SPERRY, Deceased, Respondents.

*Hutchinson* v. *Sperry*, 158 App. Div. 704, affirmed.
(Argued January 14, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1914, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to dissolve a partnership and for an accounting.

*Edward Herrmann* and *George D. Zahm* for appellant.

*W. Benton Crisp* and *John Hall Jones* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.